UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARA LANE,

Plaintiff,

-v-

KLICK USA INC.,

Defendant.

26 Civ. 6992

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' request to refer this action to mediation. Dkt. 12. In reviewing that request, the Court became aware that, due to a filing error, this action is coded as a Fair Labor Standards Act ("FLSA") case despite not bringing a claim under that statute.

A standing order governs all counseled, non–FLSA employment discrimination cases in this District. That order initiates automatic, mandatory mediation and accompanying discovery protocols in these cases.

Accordingly, the Court respectfully directs the Clerk of Court to facilitate the issuance of the *In re Counseled Employment Discrimination Cases Assigned to Mediation by Automatic Referral* standing order on this docket, pursuant to which the parties will proceed to automatic mediation.

The standing order keys deadlines to the date that an Answer was filed in the action. Given the standing order's delayed issuance in this case, the parties should treat all deadlines in the standing order as tolled until the date of its issuance—*i.e.*, deadlines are to be calculated from the date that the standing order, not the Answer, appears on the docket in this case.

Finally, the initial pretrial conference previously scheduled for October 7, 2026, is adjourned pending mediation.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 30, 2026
New York, New York